UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SAVANNAH SASSER,<br><br>         *Plaintiff*,<br><br>v.<br><br>HOLLINS UNIVERSITY CORP. *et al.*,<br><br>         *Defendants*. | CASE NO. 3:22-cv-00053<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This case was originally filed in the Circuit Court for the City of Charlottesville. On September 12, 2022, Defendant Hollins University filed a notice of removal, asserting that removal was proper on the basis of the parties' diversity of citizenship and that the amount in controversy exceeded $75,000. Dkt. 1 ¶¶ 8–10. Plaintiff subsequently filed a motion to remand, which Hollins does not oppose, asserting that Hollins could not remove the action because it is a citizen of Virginia. *See* Dkt. 4 (motion to remand); Dkt. 5 (response); 28 U.S.C. § 1441(b)(2).[*]

  Accordingly, Plaintiff's unopposed motion to remand will be and hereby is **GRANTED**. Dkt. 4. The Court's order requesting state court records is further **VACATED**. Dkt. 2. The case shall be **REMANDED** to the Circuit Court for the City of Charlottesville. The Clerk of Court shall have this case **STRICKEN** from the Court's active docket.

---

[*] *See* 28 U.S.C. § 1441(b)(2) ("A civil action otherwise removeable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.").

The Clerk of the Court is directed to send a copy of this Order to all counsel of record, and to the Clerk of the Circuit Court for the City of Charlottesville.

Entered this  16th  day of September, 2022.

                                                      /s/ Norman K. Moon
                                                      NORMAN K. MOON
                                                      SENIOR UNITED STATES DISTRICT JUDGE